JOHN ANDRIUSZIS, Appellant, *v.* PHILADELPHIA AND READING COAL AND IRON COMPANY, Respondent.

*Andriuszis* v. *Philadelphia & Reading Coal & Iron Co.*, 149 App. Div. 924, appeal dismissed.

(Submitted December 15, 1913; decided December 19, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 20, 1912, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Pierre M. Brown* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.